UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 16-484 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| THERON HECKENLIVELY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Receipt of Child Pornography

<u>Date of Detention Hearing</u>:   November 15, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged by Complaint with knowingly and unlawfully receiving

DETENTION ORDER
PAGE -1

child pornography via the Internet using a personal computer. Defendant is required to register as a sex offender as a result of a conviction in Island County Superior Court for Child Molestation in the First Degree. He also has convictions for domestic violence assault. Defendant was not interviewed by Pretrial Services, so his background information is not verified. In 2015, he spent seven days in jail for violation of a protection order. Defendant does not contest entry of an order of detention at this time.

2. Defendant poses a risk of non appearance due to lack of verified background information, and a history of non-compliance while on supervision. Defendant poses a risk of danger due to criminal history and the nature of the instant offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 15th day of November, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3